AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: EASTERN DISTRICT, NEW YORK | |
|---|---|---|
| Name: JERMAINE GARDNER | Prisoner No.: 02A3319 | Case No.: 763/2001 |
| Place of Confinement: SING SING CORECTIONAL FACILITY | 05 6096 | |
| Name of Petitioner (include name under which convicted): JERMAINE GARDNER | V. | Name of Respondent (authorized person having custody of petitioner): BRIAN FISCHER |
| The Attorney General of the State of: ELIOT SPITZER | | |

GERSHON, J.

AZRACK, J.

## PETITION

1. Name and location of court which entered the judgment of conviction under attack SUPREME COURT COUNTY OF KINGS, MONTAGUE STREET, BROOKLYN, N.Y. 11201

2. Date of judgment of conviction MAY 15, 2002

3. Length of sentence TWENTY-FIVE YEARS TO LIFE,

4. Nature of offense involved (all counts) INTENTIONAL MURDER [P.L.125.25(1)] CRIMINAL POSSESSION OF A WEAPON [P.L.265.03(2)].

RECEIVED
DEC 27 2005
PRO SE OFFICE

5. What was your plea? (Check one)
   (a) Not guilty ☒
   (b) Guilty ☐
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☒
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒ No ☐

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

(a) Name of court SUPREME COURT APPELLATE DIVISON SECOND DEPARTMENT

(b) Result AFFIRMED THE ORDER OF THE TRIAL COURT

(c) Date of result and citation, if known

(d) Grounds raised PETITIONER'S GUILTY VERDICT WAS AGAINST THE WEIGHT OF EVIDENCE WITH TWO DIAMETRICALLY OPPOSED TESTIMONIES. AND "BRADY" VIOLATIONS.

(e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

(1) Name of court NEW YORK COURT OF APPEALS

(2) Result DENIED LEAVE TO FURTHER APPEAL.

(3) Date of result and citation, if known

(4) Grounds raised SAME AS STATED ABOVE.

(f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

(1) Name of court N/A

(2) Result N/A

(3) Date of result and citation, if known N/A

(4) Grounds raised N/A

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?

Yes ☒ No ☐

11. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court SUPREME COURT, COUNTY OF KINGS

(2) Nature of proceeding MOTION TO SET ASIDE VERDICT C.P.L. § 330.30

(3) Grounds raised FAILURE OF PROSECUTION TO PROVIDE "BRADY" MATTERIAL

AO 241 (Rev. 5/85)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☒ No ☐

(5) Result COURT DENIED MOTION

(6) Date of result MAY 15, 2002

(b) As to any second petition, application or motion give the same information:

(1) Name of court N/A

(2) Nature of proceeding N/A

(3) Grounds raised N/A

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☒

(5) Result

(6) Date of result

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?

(1) First petition, etc. Yes ☐ No ☐

(2) Second petition, etc. Yes ☐ No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

Caution: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted you state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self–incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(h) Denial of right of appeal.

A. Ground one: THE VERDICT WAS AGAINST THE WEIGHT OF THE EVIDENCE

Supporting FACTS (state *briefly* without citing cases or law) DURING THE TRIAL THE PROSECUTION PERSENTED TWO ALLEGED EYE WITNESSES "MAGIC ALLEN" AND "ANASTASIA HILL", ALLEN TESTIFIED THAT ON THE DAY IN QUESTION SHE OBSERVED THE GUNMAN WITH A TAN JACKET WITH A HOOD OVER HIS HEAD, BUT COULD NOT SEE HIS FACE. HOWEVER, HILL ALSO TESTIFIED THAT SHE WAS WITH THE VICTIM IN HIS AUTOMOBILE AND WATCHED AS HE EXITED THE CAR AND WAS APPROCHED BY THE GUNMAN IN WHICH A BRIEF STRUGLE ISSUED AND ENDED WITH THE VICTIM BEING SHOT. HILL FURTHER TESTIFIED THAT PETITIONER WAS NOT THE PERPRETRATOR.

B. Ground two: PETITIONER WAS DENIED HIS CONSTITUTIONAL RIGHT TO DUE PROCESS WITH THE COURTS FAILURE TO PROPERLY ADDRESS HIS "BRADY" VIOLATION CLAIM.

Supporting FACTS (state *briefly* without citing cases or law) DURING TRIAL THE PROSECUTION PRESENTED THE DEFENSE WITH A PRIOR STATEMENT OF A PROSECUTION WITNESS "HILL" WHICH WAS EXCULPATORY IN NATURE. COUNSEL CLAIMED THAT PETITIONER WAS P PERJUDICED BY THE "BRADY" VIOLATION AND FURTHER REQUESTED SANCTIONS. HOWEVER THE COURT DENIED TO ISSUE ANY SANCTION AND CONCLUDED THAT THERE WAS NO PREJUDICE TO PETITIONER, AND FURTHER DECLINED TO ISSUE ANY INSTRUCTION TO PRE THE JURY. THIS WAS ERROR AND DENIED PETITIONER HIS RIGHT TO A FAIR TRIAL.

AO 241 (Rev. 5/85)

C. Ground three: ______________________________

Supporting FACTS (state *briefly* without citing cases or law) ______________________________

D. Ground four: ______________________________

Supporting FACTS (state *briefly* without citing cases or law) ______________________________

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them:

N/A

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?

Yes ☐ No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

(a) At preliminary hearing JULIE A. CLARK (ADDRESS UNKNOWN)

(b) At arraignment and plea JULIE A. CLARK

AO 241 (Rev. 5/85)

(c) At trial G. SHEINBERG 50COURT STREET, BROOKLYN, N.Y. 11201

(d) At sentencing G. SHEINBERG 50 COURT STREET, BROOKLYN, N.Y. 11201

(e) On appeal CHERYL WILLIAMS 199 WATER STREET, N.Y. N.Y. 10038

(f) In any post-conviction proceeding N/A

(g) On appeal from any adverse ruling in a post-conviction proceeding N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and the same time?

Yes ☒ No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

Yes ☐ No ☒

(a) If so, give name and location of court which imposed sentence to be served in the future: ______

(b) Give date and length of the above sentence: ______

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

Yes ☐ No ☒

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

______
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on Dec. 22, 2005

12-22-05
(date)

Jermaine Gardner
Signature of Petitioner

AO 241 (Rev. 5/85)

(c) At trial G. SHEINBERG 50COURT STREET, BROOKLYN, N.Y. 11201

(d) At sentencing G. SHEINBERG 50 COURT STREET, BROOKLYN, N.Y. 11201

(e) On appeal CHERYL WILLIAMS 199 WATER STREET, N.Y. N.Y. 10038

(f) In any post–conviction proceeding N/A

(g) On appeal from any adverse ruling in a post–conviction proceeding N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and the same time?

Yes ☒ No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

Yes ☐ No ☒

(a) If so, give name and location of court which imposed sentence to be served in the future:

(b) Give date and length of the above sentence:

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

Yes ☐ No ☒

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on Dec. 22, 2005

12-22-05

(date)

Jermaine Gardner

Signature of Petitioner